UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| GOLDEN TREE, INC., | : | CASE NO. 19-62090-sms |
| | : | |
| DEBTOR. | : | |
| | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT. | : | |
| | : | |
| -vs- | : | CONTESTED MATTER |
| | : | |
| GOLDEN TREE, INC., | : | |
| | : | |
| RESPONDENT. | : | |

**MOTION TO DISMISS OR CONVERT CASE**

COMES NOW Nancy J. Gargula, United States Trustee for Region 21, pursuant to 28 U.S.C. § 586(a)(3) and 11 U.S.C. § 1112(b), and respectfully moves this Court to dismiss or convert this case. In support of this motion, the United States Trustee shows the Court as follows:

1.

Debtor GOLDEN TREE, INC. ("Debtor") filed a voluntary petition for relief under chapter eleven on August 4, 2019, indicating that it is a corporation.

2.

On June 20, 2019, this Court dismissed Debtor's previous case, 18-62776-sms, for failure to file operating reports

3.

Debtor has not filed its operating report in this case which was due on September 21, 2019.

4.

No attorney has filed an application for employment to serve as Debtor's counsel. Pursuant to applicable bankruptcy and federal law, a corporation, partnership, or association may not proceed *pro se* in bankruptcy. *National Independent Theatre Exhibitors, Inc. v. Buena Vista Distribution Company*, 748 F.2d 602 (11th Cir. 1984), cert. denied, 471 U.S. 1056, 105 S. Ct. 2120 (1985)(corporations); *First Amendment Foundation Village of Brookfield*, 575 F. Supp. 1207 (N.D. Ill. 1983)(partnerships); *Church of the New Testament v. United States of America*, 783 F.2d 771 (9th Cir. 1986)(associations). *See also* Bankruptcy Rule 9010 and the accompanying Advisory Committee Note.

5.

Upon information and belief, Debtor has a monthly secured note payment of approximately $8,000 which it has not made since February 2018. Consequently, Debtor is so far in arrears that there is no reasonable likelihood of rehabilitation.

WHEREFORE, the United States Trustee respectfully requests that this Court dismiss or convert this case, and grant any other or further relief the Court deems appropriate.

NANCY J. GARGULA
UNITED STATES TRUSTEE
Region 21

*/s/ Thomas W. Dworschak*
THOMAS W. DWORSCHAK
Georgia Bar No. 236380
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia  30303
(404) 331-4437, ext. 145
Thomas.w.Dworschak@usdoj.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| GOLDEN TREE, INC., | : | CASE NO. 19-62090-sms |
| | : | |
|     DEBTOR. | : | |
| | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
|     MOVANT. | : | |
| | : | |
| -vs- | : | CONTESTED MATTER |
| | : | |
| GOLDEN TREE, INC., | : | |
| | : | |
|     RESPONDENT. | : | |

**NOTICE OF HEARING**

    PLEASE TAKE NOTICE that the United States Trustee has filed a Motion to Dismiss or Convert.

    **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the United States Trustee's Motion in **Courtroom 1201,** United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at 10:30 AM on Wednesday, October 23, 2019.

    Your rights may be affected by the court's ruling on this pleading. You should read the motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in the motion or if you want the Court to consider your views, then you or your attorney must attend the hearing.

    You may also file a written response to the motion with the Clerk of the Bankruptcy Court, but you are not required to do so. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's office is Clerk, United States Bankruptcy Court, Suite 1340, Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. You must mail a copy of your response to the Office of the United States Trustee at Suite 362, Richard Russell Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

Date:  October 3, 2019

Prepared and Served by:

*/s/ Thomas W. Dworschak*
Thomas W. Dworschak, Trial Attorney
Georgia Bar No. 236380

United States Department of Justice
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, S.W
Atlanta, Georgia  30303
404-331-4437, ext. 145
Thomas.W.Dworschak@USDOJ.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2019, I caused a true and correct copy of the Motion to Dismiss or Convert and Notice of Hearing (Doc. No. 14) to be served by depositing a copy of same in the United States Mail, first class, with adequate postage affixed thereto to ensure delivery to parties as listed on the attached mailing matrix.

This 3rd day of October, 2019.

*/s Thomas W. Dworschak*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 19-62090-sms<br>Northern District of Georgia<br>Atlanta<br>Thu Oct  3 09:50:19 EDT 2019 | Eckhart Blackert<br>Mills & Hoopes, LLC<br>Suite 130<br>1550 North Brown Road<br>Lawrenceville, GA 30043-8154 | DeKalb County<br>4380 Memorial Dr Ste 100<br>Decatur, GA  30032-1239 |
| DeKalb County Water & Sewer<br>774 Jordan Ln Ste 200<br>Decatur, GA  30033-5700 | Thomas Wayne Dworschak<br>Office of the U. S. Trustee<br>Room 362<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330 | Golden Tree, Inc.<br>300 Scioto Ct<br>Duluth, GA 30097-2053 |
| Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Jong S. Kim<br>c/o Greg Golden<br>3490 Piedmont Road One Securities Ctr #<br>Atlanta, GA  30301 | Michael Pmphrey<br>c/o The Zagoria Law Firm, LLC<br>2801 Buford Hwy NE Ste T25<br>Atlanta, GA  30329-2142 |
| Nancy Stein<br>c/o Mark D. Welsh<br>2600 Century Pkwy NE Ste 100<br>Atlanta, GA  30345-3104 | Kennon Peebles Jr.<br>Law Office of Kennon Peebles, Jr.<br>3296 Summit Ridge Pkwy<br>Suite 1720<br>Duluth, GA 30096-1626 | Saehan Bank<br>SBA Department<br>3580 Wilshire Blvd Ste 1500<br>Los Angeles, CA  90010-2516 |
| Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 | Siasim Redan, LLC<br>c/o Mills & Hoopes, LLC<br>1550 North Brown Road<br>Suite 130<br>Lawrenceville, GA 30043-8154 | Siasim Redan, LLC<br>c/o Mills & Hoopes, LLC<br>1550 N Brown Rd Ste 130<br>Lawrenceville, GA  30043-8154 |
| Steven C. Chen<br>c/o Mark D. Welsh<br>2600 Century Pkwy NE Ste 100<br>Atlanta, GA  30345-3104 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     1<br>Total                   19 |